Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
HORIZON LINES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HORIZON LINES LLC, | ) ED TEMP Case No. 10-1517 |
| Plaintiff, | ) CD Case No. CV10-3018 GAF (RZx) |
| vs. | ) **REGISTRATION OF JUDGMENT FROM THE CENTRAL DISTRICT OF CALIFORNIA** |
| TRISTIN'S BROKERAGE, INC. | ) |
| Defendants. | ) |

Attached hereto is the Certification of Judgment for Registration in Another District issued on October 13, 2010 by the Clerk, U.S. District Court, for the Central District of California in the above captioned matter.

Dated: October 15, 2010

              By: ___s/Stephen M. Uthoff_____
                  Stephen M. Uthoff
                  The Uthoff Law Corporation
                  Attorneys for Plaintiff
                  Horizon Lines LLC

Name & Address:  Counsel for Plaintiff
Stephen M Uthoff, #145206; suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, CA 90802    t: 562-437-4301   f: 562-437-4341

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HORIZON LINES LLC | CASE No. |
|---|---|
| Plaintiff(s) | CV 10-3018GAF (RZx) |
| v. | |
| TRISTIN'S BROKERAGE, INC. | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| Defendant(s) | |

I _____Terry Nafisi_____ , Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __July 20, 2010__
*Date*
as it appears in the record of this court, and that* *(see below)*

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."


IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on **1 8   OCT 2010**
*Date*

**TERRY NAFISI**
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk


* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kind s listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment not withstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

CV-101 (09/08)        CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

Case 2:10-mc-00105-GEB-GGH   Document 1   Filed 10/15/10   Page 3 of 4
Case 2:10-cv-03018-GAF-RZ   Document 6   Filed 07/20/10   Page 1 of 2   Page ID #:56

JS-6

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
HORIZON LINES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HORIZON LINES LLC, | Case No. CV10-3018 GAF (RZx) |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | **JUDGMENT** |
| TRISTIN'S BROKERAGE, INC. | |
| Defendants. | |

PURSUANT TO THE CONFESSION OF JUDGMENT AND STIPULATION AMONG THE PARTIES, IT IS ADJUDGED that Horizon Lines LLC recover from Tristin's Brokerage Inc the amount of $33,274.78.

Dated: July 20, 2010

_____
Hon. Gary A. Feess
Untied States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24 I hereby attest and certify on 10/13/10
that the foregoing document is a full, true
25 and correct copy of the original on file in
my office, and in my legal custody.
26
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
27
DEPUTY CLERK
28

